*Carlos E. Candal*, special public defender, in support of the petition.

*Mitchell S. Brody*, senior assistant state's attorney, in opposition.

Decided May 21, 2008

## STATE OF CONNECTICUT *v.* BENJAMIN BOSQUE

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 783 (AC 27511), is denied.

*Daniel J. Krisch*, special public defender, in support of the petition.

*Adam E. Mattei*, special deputy assistant state's attorney, in opposition.

Decided May 21, 2008

## STATE OF CONNECTICUT *v.* GILBERT I.

The defendant's petition for certification for appeal from the Appellate Court, 106 Conn. App. 793 (AC 28134), is denied.

*Joseph Visone*, special public defender, in support of the petition.

*Kathryn Ward Bare*, deputy assistant state's attorney, in opposition.

Decided May 21, 2008

## JAMES WASNIEWSKI *v.* QUICK AND REILLY, INC.

The defendant's petition for certification for appeal from the Appellate Court, 105 Conn. App. 379 (AC 28063), is granted, limited to the following issues: